COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Justin Carl Folsom v. Corin Cardenas Folsom

Appellate case number:    01-22-00426-CV

Trial court case number:  CCL9686

Trial court:              County Court at Law of Washington County

Appellant Justin Carl Folsom appeals from a judgment signed on May 3, 2022. Absent any time-extending motions, a notice of appeal must be filed thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Under Texas Rule of Appellate Procedure 26.3, the "appellate court may extend the time to file the notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party: (1) filed in the trial court the notice of appeal; and (2) filed in the appellate court a motion complying with Rule 10.5(b)." TEX. R. APP. P. 26.3. Rule 10.5(b)(2) provides that a motion to extend time to file a notice of appeal must (1) state the deadline for filing the item in question; (2) state the facts relied on to reasonably explain the need for an extension; (3) identify the trial court; (4) state the date of the trial court's judgment or appealable order; and (5) state the case number and style of the case in the trial court. *See* TEX. R. APP. P. 26.1, 26.3, 10.5(b)(1)-(2).

Appellant filed his notice of appeal on June 3, 2022, one day after it was due, but within the fifteen-day period allowed under Rule 26.3 for the filing of a motion for extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.3; *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (holding motion for extension of time is necessarily implied when appellant, acting in good faith, files notice of appeal within fifteen-day grace period provided by Rule Texas Rule of Appellate Procedure 26.3). On June 16, 2022, Appellant's counsel filed a motion for extension of time to file the notice of appeal, stating that the notice was late due to his client's delay in engaging him. *See* TEX. R. APP. P. 10.5(b), 26.3.

The motion complies with the requirements of Rule 10.5(b) in that it identifies the deadline for filing the notice of appeal, provides the facts relied on to reasonably explain the need for the extension, and identifies the trial court, the date of the judgment, and the case number and style in the trial court. Given that the notice of appeal was filed within the fifteen-day grace period, and because counsel's explanation for the delay indicates he was acting in good faith in seeking the extension, we **grant** the motion for extension of time in which to file the notice of appeal.

It is so ORDERED.


Judge's signature:  _/s/ Veronica Rivas-Molloy_
                    Acting individually


Date:  July 7, 2022